United States Federal District Court
Eastern District of New York

"Original"

RECEIVED
MAR 07 2017
PRO SE OFFICE

Mohammed Keita,
  plaintiff,
 -against-
Citibank N.A., Capital One Bank,
Bank of America, TD Bank,
J.P. Morgan Chase Bank,
  defendants.

CV17-1320

VITALIANO
TISCIONE, M.J.

**F**ederal **Q**uestions.
**C**ollusion.
**F**iol **R**equest.
**F**inal **J**udgement
**D**emanded. 02/28/17

I, Mohammed Keita - pro se moved to file Complaints against the listed banks for alledged banking Collusion which is illegal under the law, failured to provide over-draft payments, failure to follow the Comptroller of Currency (OCC) instruction in handling banking Complaint filed between 2009 to Current. And, with banking manipulations, Collusions, and desparate banking practises out of neglect to Cause finantial harm and deragotory credit profile. Proper jurisdiction of Court. Possible unauthorized securitization.

(1) Mohammed Keita - pro se located at 863-859 Father Capodanno Blvd., Staten Island, New York 10305. Cellular# 917+362+7063 and 917+379+4805.

(2) Citibank N.A. located at 100 Citibank drive, San Antonio, TX 78245-3214. Knowingly opened a Citibank Gold Checking Accounts with Checking Plus



privileges that required $250K (two hundredth and fifty thousand dollars) minimum deposit requirement. Setup a Signatured medallion account fully executed and stamp for all Direct Treasury Transaction. But, never gain access when it was properly filed with the United States Treasury Department. Citibank violated all allegations in Complaint listed.

(2) Capital One Bank located at 2083 Hylan Blvd., Staten Island, New York 10306. Telephone (718)980-2399. Capital One violated as alleged all allegation in Complaint, and Currency Collution between Citibank N.A. and Capital One including Credit Cards account. But, not limited.

(3) Bank of America savings account ending in 0471 on 10/31/2013 a deposit of $300 (three hundred) and account was debited with a hold of $888,888.88 (eight Hundredth thousand eight hundredth eighty eight dollars and eighty eight Cents) at Tysens lane, Staten Island, New York. There were several business and Individual accounts were opened from 2009 to 2014. Allegely violated all parts of the Complaint. Bank of America located at at 2820 Hylan Blvd., Staten Island, NY 10306. Telephone # (718)355-6316. There were also LOCK BAG payment received 02/12/2012.

(4) TD Bank located at deposit Operations Department, P.O. Box 1377, Lewiston, Maine 04243-1377. TD Bank branch located at 1540 Hylan Blvd., Staten Island, NY 10305 with telephone (718) 987-2356. Request to unblock checking account # 432-4666754 and Business checking account # 433-0330963. In addition, alleged violations of all complaints listed above.

(5) J.P. Morgan Chase bank located at 770 Lexington Ave, New York, NY 10021. And telephone # (212) 838-1040. Had several personal and business setup between 2009 to 2015. J.P. Morgan Chase bank even signed a partnership agreement on one of my accounts. Alleged Lock Bag payment for FHA Loan Case # 374-4475889703. Possible violation of all complaints list on front page.

(6) (A) Exhibit - Bank of America Transaction History.
(B) Exhibit - Capital One Over-draft Protection.
(C) J.P. Morgan Chase Bank as Exhibit C.
(d) Copy of some bank cards and business credit card.

Wherefore, demand final Judgement that is just and proper, and equitable as a matter of substantial facts.

Signed: [signature]

Mohammed Keita

Dated: 02/28/2017



**Bank of America**

BANK OF AMERICA, N.A. (THE "BANK")

Code (DS3)   "Exhibit A" Continues

Transaction History

MR MOHAMMED KEITA

REGULAR SAVINGS

\*\*\*\* \*\*\*\* 0471

Last Posting Date 11/07/2013         Date/Time Printed 11/8/2013 3:44 PM EST

**Since Last Statement Summary**
Last Statement Date
Balance Last Statement ($)
Deposits/Credits (+)          #                          Holds (-)
Withdrawals/Debits (-)        #                          Pending Credits (+)
Available Balance ($)                           -$888,588.88

#Counts include posted items only-Intraday items are not included in the counts
Balance Last Statement, Deposits/Credits, Withdrawals/Debits may not total to Available Balance.

| Date | Description | Type | Amount | Available Balance |
|---|---|---|---|---|
| | Amount included in Available Balance | | | |
| Hold | PENDING DEBIT/HOLD ON 11/01 | Debit | -$888,888.88 | -$888,588.88 |
| 10/31/2013 | BKOFAMERICA ATM 10/31 #000005806 DEPOSIT   TYSENS LANE   STATEN ISLAND NY | Deposit | $300.00 | $300.00 |

\*\*\*No More Activity For This Account\*\*\*

For additional information or service, please contact the Customer Service Center at 1-800-432-1000

\*\*\*\* \*\*\*\* 0471

\* = Item(s) included in Previous Statement(s).

14-9036M  11-2010

Page 1

"Exhibit A"

# Bank of America

BANK OF AMERICA, N.A. (THE "BANK")

Transaction History

MR MOHAMMED KEITA

MYACCESS CHECKING

**** **** 1165

Date/Time Printed 11/8/2013 3:45 PM EST

Last Posting Date 11/07/2013

## Since Last Statement Summary

| | |
|---|---|
| Last Statement Date | |
| Balance Last Statement ($) | |
| Deposits/Credits (+) | # |
| Withdrawals/Debits (-) | # |
| Available Balance ($) | -$12.00 |

#Counts include posted items only-Intraday items are not included in the counts
Balance Last Statement, Deposits/Credits, Withdrawals/Debits may not total to Available Balance.

| Date | Description | Type | Amount | Available Balance |
|---|---|---|---|---|
| | Amount included in Available Balance | | | |
| Hold | PENDING DEBIT/HOLD ON 11/04 | Debit | -$250.00 | -$12.00 |
| 11/07/2013 | CHECK ORDER00487 DES:FEE  ID:U045081481  INDN:MR MOHAMMED KEITA  CO ID:0000000487 PPD | Fee | -$12.00 | $238.00 |
| 10/31/2013 | BKOFAMERICA ATM 10/31 #000005804 DEPOSIT  TYSENS LANE  STATEN ISLAND NY | Deposit | $250.00 | $250.00 |

***No More Activity For This Account***

For additional information or service, please contact the Customer Service Center at 1-800-432-1000

\* = Item(s) included in Previous Statement(s).

**** **** 1165

Page 1

00-14-9036M 11-2010
NNY



"EXHIBIT B"



# Application - Overdraft Protection (ODP)

## Thank You!

Your request to open a Overdraft Protection (ODP) has been received on 08-04-2014 At 12:02 Eastern Time and will be rev Application ID is 4383006.

If you have any questions about the application, call us toll free at 1-888-256-9896.

**NEXT STEPS:**

1) If the customer has been declined via fax-back, notify the customer they will receive a decision in the mail. Hand pages 8- Rights and Privacy Policy) to the customer. Shred pages 1-6.

2) If the customer has been approved or there was no fax-back, proceed with the following steps:

3) Once the printed copy is in your hand, please go over the main terms and condition found on page 1 of the document with

4) Write in the customer's bank account number(s) in the blank space in the second paragraph of page 4 of the contract.

5) Have the primary borrower sign on page 6 of the contract.

6) Make sure to fill out the blank fields in the "For Bank Use Only" section on the bottom of page 6 of the contract. This inclu employee name, employee email address, cost center #, employee phone #, employee fax #, and officer code.

7) Hand pages 8-14 (Terms & Conditions, Billing Error Rights and Privacy Policy) to the customer. They can take these docu

8) Once the document is signed, inter-office pages 1-6 to the following address:

Consumer ODP LOC
c/o SBB LAD
31062-0210

[Close this page]

CapitalOne.com
Home
Legal
Privacy
Security
Terms and Conditions

This site provides information about and access to financial services offered by the Capital One family of companies, including Capital One Bank (USA), N.A. and Capital One, N.A., members FDIC. Consult your account agreement for information about the Capital One company servicing your individual accounts.

©2010 Capital One.
Capital One and Blank Check® are federally registered service marks. All rights reserved.

https://consumerloans.kdc.capitalone.com/cll/finishView.html

8/4/2014





Custodian Account for Manov
Custodian Account for Manov

"Exhibit D"



Custodian Account for Manov
Custodian Account For Manov



Custodian Account for Manov



CitiGold "self"
Citi Checking - Regular "self"



Business Account "self"

